**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

AUTO-OWNERS INSURANCE COMPANY,
a Foreign corporation

        Plaintiff,

vs.                                         CASE NO.:  8:10-cv-313-T24-AEP

AMERICAN BUILDING MATERIALS,
INC., a Florida corporation, KB HOME
TAMPA, LLC, a foreign corporation, and
KB HOME, INC., a foreign corporation,

        Defendants.

_____/

**CASE MANAGEMENT REPORT**

1.      **Meeting of Parties:**   Pursuant to Local Rule 3.05(c) (2) (B), a meeting was held
on  **August 17, 2010** , at **2:00 p.m.** and was attended by:

| <u>Name</u> | <u>Counsel for (if applicable)</u> |
|---|---|
| **Amy M. Ferrera, Esquire**<br>**Rywant, Alvarez, Jones, Russo & Guyton, P.A.**<br>**109 N. Brush Street, Suite 500**<br>**Tampa, FL  33602** | **Plaintiff, Auto-Owners**<br>**Insurance Company** |
| **Thamir A.R. Kaddouri, Esquire**<br>**Law Office of Thamir A.R. Kaddouri, Jr., P.A.**<br>**3214 West Cypress Street**<br>**Tampa, FL  33607** | **Defendant, American**<br>**Building Materials** |
| **Charles A. Carlson, Esquire**<br>**Amy E. Stoll, Esquire**<br>**Barnett, Bolt, Kirkwood, Long & Mcbride**<br>**Post Office Box 3287**<br>**Tampa, FL 33601** | **Defendants, KB Home, LLC**<br>**and KB Home Tampa, Inc.** |
| **Alan H. Packer, Esquire**<br>**Newmeyer & Dillion, LLP**<br>**895 Dove Street, 5th Floor**<br>**Newport Beach, CA 92660** | **Defendants, KB Home, LLC**<br>**and KB Home Tampa, Inc.** |

2.     Fed. R. Civ. P. 26(a)(1) as amended December 1, 2007, Pre-Discovery Initial Disclosures:

The parties (check one)

_____ have exchanged        __**X**____ agree to exchange

information referenced by Fed. R. Civ. P. 26(a)(1) on or before **September 30, 2010**. Below is a detailed description of information disclosed or scheduled for disclosure:

**The parties will disclose such information as required by the Rules.**


3.     Discovery Plan – Plaintiff:  The parties jointly propose the following Plaintiff's discovery plan:

a.     Plaintiff's Planned Discovery: A description of every discovery effort Plaintiff plans to pursue to described below.  The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:


(1)     Requests for Admission:  **Plaintiff may serve Requests for Admissions as allowed by the Federal Rules of Civil Procedure.**

Number of Requests for Admissions:  Parties may seek to limit the number of Plaintiff's requests for admission in accordance with Fed. R. Civ. P. 26(b)(2).  Any such request must be made in paragraph 6 below and approved by the court.


(2)     Written Interrogatories:  **Plaintiff may serve Interrogatories as allowed by the Federal Rules of Civil Procedure.**

Number of Interrogatories:    Fed. R. Civ. P. 33(a)(1) provides "[u]nless otherwise stipulated or ordered by the Court, a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts."  Any request by Plaintiff to exceed this limit must be made in paragraph 6 below and approved by the Court.


(3)     Requests for Production or Inspection: **Plaintiff may serve Requests for Production or Inspection as allowed by the Federal Rules of Civil Procedure.**

(4)     Oral Depositions: **Plaintiff may take depositions as allowed by the Federal Rules of Civil Procedure.**

Number of Depositions:        In accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken in any case unless otherwise ordered by the Court.   Any request by Plaintiff to exceed this limit must be made in paragraph 6 below and approved by the Court.

Time permitted for Each Deposition:  Each deposition is limited to one day of seven hours in accordance with Fed. R. Civ. P. 30(d)(1) unless extended by agreement of the partier or order of Court.

Name                         Proposed length                    Grounds
                             Of Deposition

            **Unknown at this time.**

        b.      Disclosure of Expert Testimony:  Parties stipulate, in accordance with Fed. R. Civil. P. 26(a)(2)(C), that Plaintiff's Fed. R. Civ. P. 26(a)(2) disclosure will be due as noted here:
            **August 9, 2011.**

        c.      Supplementation of Disclosures and Responses:  Parties agree that Plaintiff's supplementation under Fed. R. Civ. P. 26(e) will be provided at the following times:
            **Supplementation as required by Rules**.

        d.      Completion of Discovery: Plaintiff will commence all discovery in time for it to be completed on or before **June 1, 2011**.

4.      Discovery Plan – Defendants: The parties jointly propose the following Defendants' discovery plan:

a.  Defendants' Planned Discovery: A description of every discovery effort Defendants plan to pursue is described below.  The description of each discovery effort will be listed under the appropriate heading below and will include the subject matter of the discovery and the time during which the discovery will be pursued:

(1)  <u>Requests for Admission</u>:  **Defendants may serve Requests for Admissions as allowed by the Federal Rules of Civil Procedure.**

Number of Requests for Admission:  Parties may seek to limit the number of Defendants' requests for admission in accordance with Fed. R. Civ. P. 26(b)(2).  Any such request must be made in paragraph 6 below and approved by the court.

(2)  <u>Written Interrogatories</u>:  **Defendants may serve Interrogatories as allowed by the Federal Rules of Civil Procedure.**

Number of Interrogatories:    Fed. R. Civ. P. 33(a)(1) provides "[u]nless otherwise stipulated or ordered by the Court, a party may serve on any other party no more than 25 written interrogatories, including all discrete subparts."  Any request by Defendants to exceed this limit must be made in paragraph and approved by the court.

(3)  <u>Requests for Production or Inspection</u>:  **Defendants may serve Requests for Production or Inspection as allowed by the Federal Rules of Civil Procedure.**

(4)  <u>Oral Depositions</u>:  **Defendants may take depositions as allowed by the Federal Rules of Civil Procedure.**

Number of Depositions:        In accordance with Fed. R. Civ. P. 30(a)(2)(A) and 31(a)(2)(A), no more than ten depositions per side may be taken any case unless otherwise ordered by the Court.   Any request by Defendants to exceed this limit must be made in paragraph 6 below and approved by the Court.

Time permitted for Each Deposition:  Each deposition is limited to one day of seven hours in accordance with Fed. R. Civ. P. 30(d)(1) unless extended by agreement of the partier or order of Court.

The parties stipulate/request a court order to extend the time to take the deposition of the following individuals:

<u>Name</u>                      <u>Proposed length of Deposition</u>                  <u>Grounds</u>

**Unknown at this time.**

(b).  <u>Disclosure of Expert Testimony</u>:  Parties stipulate, in accordance with Fed. R. Civ. P. 26(a)(2)(C), that Defendant's Fed. R. Civ. P. 26(a)(2) disclosure will be due as noted here:
**August 9, 2011.**

4

(c).   Supplementation of Disclosures and Responses:   Parties agree that Defendants' supplementation under Fed. R. Civ. P. 26(e) will be provided at the following times:

**Supplementation as required by Rules**.

(d).   Completion of Discovery:   Defendants will commence all discovery in time for it to be completed on or before **August 1, 2011.**

5.   Joint Discovery Plan – Other Matters:   Parties agree on the following other matters relating to discovery (*e.g*., handling of confidential information, assertion of privileges, whether discovery should be conducted in phases or be limited to or focused upon particular issues):

**Unknown at this time.**

6.   Disagreement or Unresolved Issues Concerning Discovery Matters:   Any disagreement or unresolved issue will not excuse the establishment of discovery completion dates.  The parties are unable to agree as to the following issues concerning discovery:

**Unknown at this time.**

7.   Third Party Claims, Joinder of Parties, Potentially Dispositive Motions: Parties agree that the final date for filing motions for leave to file third party claims, motions to join parties, motions for summary judgment, and all other potentially dispositive motions should be **See Below**. (Note time limit in Local Rule 4.03).

**Parties Agree Deadline for Third Party Claims or Joinder of Parties is January 1, 2010.**

**Parties Agree Deadline for Filing Potentially Dispositive Motions (including Motions for Summary Judgment) is August 31, 2011.**

8.   Settlement and Alternative Dispute Resolution:   Pursuant to Local Rule 3.05( c)(2)(C)(v), the parties submit the following statement concerning their intent regarding Alternative Dispute Resolution:

Parties agree that settlement is

_____   likely

____**X**____ unlikely.

Parties agree to consent to binding arbitration pursuant to Local Rules 8.02(a)(3) and 8.05(b).

_____yes         _____**X**_____ no         _____ likely to agree in future

If binding arbitration is not agreed to, the court may order nonbonding arbitration pursuant to Chapter Eight of the Local Rules of the Middle District of Florida, mediation pursuant to Chapter Nine of the Local Rules of the Middle District of Florida, or both.

**The parties agree to participate in Court Annexed Mediation as detailed in Chapter 9 of the Local Rules.  The parties agree to mediate this case no later than sixty (60) days prior to trial.  The parties will agree upon a mediator no later than thirty (30) days before the mediation.**

9. <u>Consent to Magistrate Judge Jurisdiction</u>:    The parties agree to consent to the jurisdiction of the United States Magistrate Judge for final disposition, including trial.  See 28 U.S.C. § 636.

_____ yes            ____**X**___ no            _____ likely to agree in future

10. <u>Preliminary Pretrial Conference</u>:  Track Two Cases: pursuant to Local Rule 3.05(c)(2)(viii) the parties **do not** request a preliminary pretrial conference before entry of a Case Management and Scheduling Order.

11. <u>Final Pretrial Conference and Trial</u>:   Parties agree that they will be ready for a final pretrial conference on or after **October 24, 2011** and for trial on or after **November 7, 2011.**  This **Jury X Non-Jury __** trial is expected to take approximately **56-64** hours.

12. <u>Pretrial Disclosures and Final Pretrial Procedures</u>: Parties acknowledge that they are aware of and will comply with pretrial disclosures requirements in Fed. R. Civ. P. 26(a)(3) and final pretrial procedures requirements in Local Rule 3.06.

13. <u>Other Matters</u>: **None at this time.**

Date:   **August 23, 2010**

Signature of Counsel (with information required by Local Rule 1.05(d) and Signature of Unrepresented Parties)

_____ s/ Amy M. Ferrera
Michael S. Rywant, Esquire
FBN: 240354
mrywant@rywantalvarez.com
Amy M. Ferrera, Esquire
FBN: 15313
aferrera@rywantalvarez.com
RYWANT, ALVAREZ, JONES, RUSSO
& GUYTON, P.A.
109 North Brush Street
Tampa, Florida  33602
Tel:   (813) 229-7007
Fax:   (813) 223-6544
Attorneys for Plaintiff Auto-Owners

_____ s/ Thamir A.R. Kaddouri
Thamir A.R. Kaddouri, Esquire
FBN: 186600
thamir.kaddouri@tampalaw.org
Law Office of Thamir A.R. Kaddouri,
Jr., P.A.
3214 West Cypress Street
Tampa, FL  33607
Tel:   (813) 879-5752
Fax:   (813) 879-5707
Attorney for Defendant, American
Building Materials

_____ s/ Charles A. Carlson
Thomas G. Long, Esquire
FBN: 367321
tlong@barnettbolt.com
Charles A. Carlson, Esquire
FBN: 716286
ccarlson@barnettbolt.com
Amy E. Stoll, Esquire
FBN: 150959
astoll@barnettbolt.com
Barnett, Bolt, Kirkwood, Long & Mcbride
Post Office Box 3287
Tampa, FL 33601
Tel:   (813) 253-2020
Fax:   (813) 251-6711
Attorney for Defendants, KB Home, Inc. and
KB Home Tampa, LLC

_____ s/ Alan H. Packer
Gregory L. Dillion, Esquire
Alan H. Packer, Esquire
Bonnie T. Roadarmel, Esquire
Newmeyer & Dillion, LLP
895 Dove Street, 5th Floor
Newport Beach, CA 92660
Tel:   (949) 854-7000
Fax:   (949) 854-7099
Attorney for Defendants, KB Home, Inc.
and KB Home Tampa, LLC

7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **August 23, 2011**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:  Thamir Kaddouri, Esquire, Law Office of Thamir A.R. Kaddouri, Jr., P.A., thamir.kaddouri@tampalaw.org (Attorney for American Building Materials, Inc.), and Charles A. Carlson, Esquire, Barnett, Bolt, Kirkwood, Long & Mcbride, ccarlson@barnettbolt.com  (Attorney for KB Home).

s/  Amy M. Ferrera
Michael S. Rywant, Esquire, Trial Counsel
FBN: 240354
mrywant@rywantalvarez.com
Amy M. Ferrera, Esquire, Trial Counsel
FBN: 15313
aferrera@rywantalvarez.com
RYWANT, ALVAREZ, JONES, RUSSO
& GUYTON, P.A.
109 North Brush Street
Tampa, Florida  33602
Tel:     (813) 229-7007
Fax:     (813) 223-6544
Attorneys for Plaintiff Auto-Owners